IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARL L. BLACKMON,
    Petitioner,

vs.                                     Case No.:  3:06cv307/RV/EMT

CHARLIE CRIST,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 1, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's notice of  voluntary dismissal  (Doc. 5) is **GRANTED** and this action is dismissed without prejudice.

**DONE AND ORDERED** this 30th day of August, 2006.


                                          /s/ *Roger Vinson*
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**